IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-61-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| KENYATTA ABDUL AZIZ HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, an Information was filed on July 14, 2015, charging defendant with a violation of 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm, with a forfeiture allegation seeking the forfeiture of a Smith & Wesson .40 caliber pistol;

AND WHEREAS, on July 20·2015, the Honorable Jon Stuart Scoles, Chief Magistrate Judge for the Northern District of Iowa, entered a Report and Recommendation concerning the plea of guilty (Document #9);

AND WHEREAS, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, Judge Scoles found that the government had established the requisite nexus between the property subject to forfeiture, the firearm, and the offense as charged in Count 1 of the July 14, 2015, Information, a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1);

AND WHEREAS, on July 20, 2015, the Court accepted Judge Scoles' Report and Recommendation of July 20, 2015 (Document #11);

1

AND WHEREAS, pursuant to the July 20, 2015, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of Judge Scoles' Report and Recommendation, including his finding of the requisite nexus between the firearm, and the offense (Document #13);

AND WHEREAS, on July 23, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on July 20, 2015, in which the Court ordered the forfeiture of any interest defendant had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the July 14, 2015, Information (Document #14);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning July 25, 2015, and continuing through August 23, 2015, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Document #16);

AND WHEREAS, on July 25, 2015, Amizah Marie Jalumin was served by certified mail, return receipt, with Notice of this forfeiture action (Document # 20);

AND WHEREAS, on July 30, 2015, Robert Lee Leis was served by certified mail, return receipt, with Notice of this forfeiture action (Document # 20);

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on July 23, 2015.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.      That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      That the following property belonging to Kenyatta Abdul Aziz Hill who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

**a .40 caliber Smith & Wesson pistol, bearing serial number DWZ5618,   seized from defendant on or about December 26, 2014, in Cedar Rapids, Iowa.**

3.      That any interest Amizah Marie Jalumin may have or had in the firearm referenced above is hereby extinguished due to her failure to file a claim or petition;

4.      That any interest Robert Lee Leis may have or had in the firearm referenced above is hereby extinguished due to his failure to file a claim or petition;

5.      That the United States Marshals Service and/or Federal Bureau of Investigation, is hereby authorized to dispose of the firearm identified in paragraph 2 above, including any ammunition, if seized.

6. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

DATED this 20th day of October, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

4